## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## (KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO.**    20-20037-JAR/JPO |
| | ) |
| ASHLEY M. GEORGE, | ) |
| and | ) |
| RAUL CAMACHO-MUNOZ, | ) |
| | ) |
| **Defendants.** | ) |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about October 25, 2019, in the District of Kansas, the defendants,

### ASHLEY M. GEORGE
### and
### RAUL CAMACHO-MUNOZ,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 2

On or about October 25, 2019, in the District of Kansas, the defendants,

### ASHLEY M. GEORGE
### and
### RAUL CAMACHO-MUNOZ,

knowingly, and unlawfully possessed firearms, that is, a .22 caliber Ruger pistol, Model SR22P, serial number 367-25732, and a .40 caliber Smith & Wesson pistol, Model SD40VE, serial number

FWL5964; in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, in violation of Title 18, United States Code, Sections 924(c), and 2.

## COUNT 3

On or about October 25, 2019, in the District of Kansas, the defendant,

### ASHLEY M. GEORGE,

knowing she had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, that is, in 2013, of Robbery 2nd Degree, case number 1316-CR00065-01, in the Circuit Court of Jackson County, Missouri; in 2013, of Fraudulent Use of a Credit Device, case number 1216-CR03244-01, in the Circuit Court of Jackson County, Missouri; and, in 2015, of Possession of Controlled Substance, in the Circuit Court of Buchanan County, Missouri; knowingly and unlawfully possessed in and affecting interstate and foreign commerce, and received ammunition and firearms, namely, a .22 caliber Ruger pistol, Model SR22P, serial number 367-25732, and a .40 caliber Smith & Wesson pistol, Model SD40VE, serial number FWL5964; which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about October 25, 2019, in the District of Kansas, the defendant,

### RAUL CAMACHO-MUNOZ,

knowing he is an alien (that is, a person who is not a citizen or national of the United States), illegally and unlawfully in the United States, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms, namely, a .22 caliber Ruger pistol, Model SR22P, serial number 367-25732,

and a .40 caliber Smith & Wesson pistol, Model SD40VE, serial number FWL5964, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## COUNT 5

On or about October 25, 2019, in the District of Kansas, the defendant,

**RAUL CAMACHO-MUNOZ**,

a citizen of Mexico who is not a citizen or national of the United States, and who previously had been removed/deported on or about August 1, 2008, was found in the United States after having voluntarily re-entered and without having obtained the express consent of the Attorney General of the United States and the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), with reference to Title 6, United States Code, Sections 202(3), 202(4) and 557.

## FORFEITURE NOTICE - CONTROLLED SUBSTANCE VIOLATION

1.      Upon conviction of the offenses identified in Count 1, the defendants,

**ASHLEY M. GEORGE**
**and**
**RAUL CAMACHO-MUNOZ,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to a .22 caliber Ruger pistol, Model SR22P, serial number 367-25732, and a .40 caliber Smith & Wesson pistol, Model SD40VE, and ammunition, seized by law enforcement, in the District of Kansas, on October 25, 2019.

All pursuant to Title 21, United States Code, Section 853.

## FORFEITURE NOTICE - FIREARMS VIOLATIONS

2.   Upon conviction of the offenses identified in Counts 2 through 4, the defendants,

**ASHLEY M. GEORGE**
**and**
**RAUL CAMACHO-MUNOZ,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved the commission of the offenses, including, but not limited to, a .22 caliber Ruger pistol, Model SR22P, serial number 367-25732, and a .40 caliber Smith & Wesson pistol, Model SD40VE, and ammunition, seized by law enforcement, in the District of Kansas, on October 25, 2019.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

3.      If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

4

DATED: June 24, 2020                          *s/ Foreperson* _____
                                              FOREPERSON OF THE GRAND JURY




 *s/ Terra D. Morehead #12759* _____
STEPHEN R. MCALLISTER, Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.McAllister@usdoj.gov

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

5

**Penalties:**

**Count 1 - Possession with intent to distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2**

- NLT 10 years and NMT Life Imprisonment,
- NMT $20,000,000.00 Fine,
- NLT 10 years S.R.,
- $100 Special Assessment, and,
- Forfeiture Allegation.

In the event of a prior conviction for a felony drug offense:

- NLT 15 years, NMT Life Imprisonment,
- NMT $40,000,000.00 Fine,
- NLT 20 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

In the event of two or more prior convictions for a felony drug offense:

- NLT 25 years, NMT Life Imprisonment,
- NMT $20,000,000.00 Fine,
- $100 Special Assessment, and
- Forfeiture Allegation.

**Count 2 - Possession of firearms in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c) and 2**

- NLT Mandatory Minimum 5 years, NMT Life Imprisonment (consecutive),
- NMT $250,000.00 Fine,
- NMT 5 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

**Count 3 - Felon in Possession of Firearms, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)**

**Count 4 - Alien in Possession of Firearms, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2)**

- NMT 10 years Imprisonment,
- NMT $250,000.00 Fine,
- NMT 3 years S.R.,
- $100 Special Assessment, and
- Forfeiture Allegation.

**Count 5:   Unlawful Reentry (8 U.S.C. §§ 1326(a))**

- NMT 2 years Imprisonment,
- $250,000.00 Fine,
- NMT 1 year S.R., and
- $100 Special Assessment.