# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                             CASE NO. 2:20-cr-20037-JAR

ASHLEY M. GEORGE,
     and
RAUL CAMACHO-MUNOZ,

        Defendants.

# INFORMATION

**THE ACTING UNITED STATES ATTORNEY CHARGES**:

## COUNT 1

**Possession With Intent to Distribute Methamphetamine**
**[21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)]**

On or about October 15, 2019, in the District of Kansas, the defendants,

**ASHLEY M. GEORGE,**
**and**
**RAUL CAMACHO-MUNOZ,**

knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine, a controlled substance.

1

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## **FORFEITURE NOTICE**

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to pursuant to Title 21, United States Code, Section 853.

Upon conviction of one or more of the offense set forth in Count 1, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

A. a .22 caliber Ruger pistol, Model SR22P, serial number 367-25732;
B. a .40 caliber Smith & Wesson pistol, Model SD40VE;
C. ammunition;
D. $3,879 in U.S. currency; and
E. $650 in U.S. currency.

Dated: April 21, 2021

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: */s/ Ryan J. Huschka*
Ryan J. Huschka
Assistant United States Attorney
District of Kansas


3

500 State Avenue, Suite 360  
Kansas City, Kansas  66101  
Ph: (913) 551-6730  
Fax: (913) 551-6541  
Email: Ryan.Huschka@usdoj.gov  
Ks. S. Ct. No. 23840

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# PENALTIES

## Count 1: Possession with intent to distribute methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years and not more than five (5) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and no more than life.  21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years.  21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million.  21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.